Andrea M. Tytell, Attorney at Law SBN: 166835
**LAW OFFICES OF ANDREA M. TYTELL**
2121 Rosecrans Avenue, Suite 1350
El Segundo, California 90245
Telephone: (310) 416-9710
Facsimile: (310) 640-1601

Attorneys for Plaintiffs

# THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIANA BROWN, as Guardian ad Litem of S.B., a minor,<br><br>Plaintiffs,<br><br>vs.<br><br>NAPA VALLEY UNIFIED SCHOOL DISTRICT, et al.,<br><br>Defendants. | Civil Action No.<br>C11-05673 JCS<br><br>**[PROPOSED] ORDER RE REQUEST FOR TELEPHONIC APPEARANCE**<br><br>DATE: September 14, 2012<br>TIME: 9:30 a.m.<br>DEPT: Courtroom G, 15th<br><br>HONORABLE JOSEPH C. SPERO |

Good cause appearing therefore, Plaintiff's counsel's request to appear telephonically for the hearing scheduled on September 14, 2012 is hereby GRANTED. Plaintiff's counsel is ordered to be available at 9:30 a.m. on this date at which time the Court will contact her at the following number: (310) 416-9710.

**IT IS SO ORDERED.**

Dated: September 10, 2012

_____
Honorable Joseph C. Spero,
United States District Court Judge
Northern District